**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

CHARLIE MCKINNEY, JR.,                    :
                                          :
          Plaintiff,                      :
                                          :
v.                                        :        Case No. 7:26-cv-8-LAG-ALS
                                          :
Governor BRIAN KEMP, *et al.*,            :
                                          :
          Defendants.                     :
_____

**ORDER TO SHOW CAUSE**

Plaintiff Charlie McKinney, Jr., an inmate at Valdosta State Prison located in Valdosta, Georgia, filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983. (Doc. 1). On March 10, 2026, the Court ordered Plaintiff to (1) either pay the Court's $405.00 filing fee in full or submit a complete and proper motion for leave to proceed *in forma pauperis* ("IFP") in this case, and (2) recast his Complaint on one of the Court's standard forms. Plaintiff was given fourteen (14) days to comply, and he was warned that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of this case. (*See generally* Doc. 28).

The time for compliance expired, and Plaintiff did not pay the filing fee, submit a complete motion for leave to proceed IFP, or recast his Complaint as directed. Instead, Plaintiff filed a motion to amend or correct his motion for leave to proceed IFP to include additional allegations that he is in imminent danger of serious physical injury (Doc. 29), a fourth application for alternative dispute resolution (Doc. 30), and a letter explaining his belief that he is still in imminent danger of serious physical injury (Doc. 31). More specifically, Plaintiff contends he was assaulted in the dayroom of his dorm on February 25, 2026, and he was required to seek "emergency outside medical attention for injuries

sustained." (Doc. 29, at 2). Plaintiff contends this assault was "an unsuccessful attempt to cash in on the $12,000 contraband cash app hit" he described in his Complaint. (Doc. 31, at 1). Plaintiff thus claims he requires "alternative placement" in a "community confinement facility as soon as practical." *Id.* at 2. He also suggests that he is presently in protective custody, but "total lockdown 24-7 in isolation in the form of protective custody is not condusive [sic] to [his] (ongoing) mental health well being" given that he is "diagnosed level 2 mentally ill" and "actively prescribed to multiple psychotropic medications." *Id.* at 3. However, Plaintiff fails to offer an explanation of why he failed to comply with the Court's March 10 Order.

As Plaintiff was previously warned, failure to fully and timely comply with the orders and instructions of the Court is grounds for dismissal. Plaintiff is therefore **ORDERED** to **SHOW CAUSE** to the Court **WITHIN FOURTEEN (14) DAYS** from the date of this Order why this case should not be dismissed for failure to comply with the March 10 Order. If Plaintiff wishes to continue with this action, he must also comply with the March 10 Order by (1) either paying the filing fee or submitting a complete and proper motion for leave to proceed IFP, to include a certified copy of his prison trust fund account information, and (2) recasting his Complaint on the Court's standard form as previously directed within **FOURTEEN (14) DAYS** of the date of this Order. Plaintiff's motion to amend his motion to proceed IFP (Doc. 29) is **GRANTED**, and the Court will consider the allegations in that document when Plaintiff submits a proper and complete motion for leave to proceed IFP. Plaintiff's application for alternative dispute resolution is premature for the reasons explained in the March 10 Order.

Plaintiff is also reminded of his obligation to notify the Court immediately and in writing of any change in his mailing address. **Failure to fully and timely comply with**

**this Order will likely result in the dismissal of this case.** There shall be no service of process until further order of the Court.

      **SO ORDERED**, this 15th day of April, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE
